BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Bhinder Singh Raju

FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-04-5356 AWI |
| ) | |
| ) | STIPULATION AND (PROPOSED) |
| Plaintiff, ) | ORDER FOR HONOR RELEASE AND |
| ) | EXONERATION OF PROPERTY BOND |
| vs. ) | |
| ) | |
| Bhinder Singh Raju, ) | |
| ) | |
| Defendant. ) | |

The parties herein, hereby agree and stipulate that the defendant, Bhinder Singh Raju, be released on his own recognizance and that the property bond in this matter be exonerated. It is further agreed and stipulated that all other pretrial terms and conditions remain in full force and effect.

Dated: October 16, 2006

McGregor W. Scott
United States Attorney

By   /S/ Marlon Cobar
     _____
     Marlon Cobar
     Assistant U.S. Attorney

-1-

-2-

DATED: October 16, 2006                     /s/ Barbara Hope O'Neill

———————————————
Barbara Hope O'Neill
Attorney for Bhinder Singh Raju

## ORDER

IT IS HEREBY ORDERED THAT Bhinder Singh Raju, the defendant in this action, be released on his own recognizance and that the property bond previously posted in this matter be exonerated. It is further ordered that all other pretrial terms and conditions will remain in full force and effect.

DATED: October 17, 2006                     ———————————————
Hon. ANTHONY W. ISHII
United States District Court Judge