BARBARA HOPE O'NEILL #102968
Attorney at Law

2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Bhinder Singh Raju

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. : 1:04-CR-5356 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO SET SENTENCING DATE FOR NOVEMBER 19, 2007; ORDER |
| vs. ) | |
| Bhinder Singh Raju, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between defendant, Bhinder Singh Raju, by and through his attorney, Barbara Hope O'Neill, and Plaintiff, United States of America, by and through Assistant United States Attorney, Mark E. Cullers, that the sentencing hearing in the above-captioned matter be scheduled for Monday, November 19, 2007.

   This continuance is jointly requested by the parties.  The matter had been scheduled for September 6, 2007, but was moved by the Court to November 1, 2007, as codefendants, Nijjar Brothers, NB Trucking, Surinder Singh Nijjar and Amritpal P. Singh, have been set on November 1, 2007, pursuant to stipulation.  Codefendants in a similar position as the defendant have already been continued until November 19, 2007.

It is further stipulated by the parties that the defendant, Bhinder Singh Raju, can be present and participate in the evidentiary hearing of codefendants on November 1, 2007, if he so desires.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

Title 18, United States Code §3161(h)(8)(A): that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 15, 2007  Respectfully submitted,

s/s   Barbara Hope O'Neill
BARBARA HOPE O'NEILL
Attorney for Bhinder Singh Raju

DATED: October 15, 2007  s/s  Mark E. Cullers
MARK E. CULLERS,
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   October 16, 2007**            /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE